AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Xtreme Logistics Transportation, Inc

### V.

Hitachi Home Electronics (America), Inc

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   10cv763-BEN-JMA

| | |
|---|---|
| ☐ | **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| x | **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action without prejudice with each party to bear its own costs and fees.

| August 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly

(By) Deputy Clerk

ENTERED ON August 30, 2010

10cv763-BEN-JMA