# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Xtreme Logistics Transportation, Inc

V.

Hitachi Home Electronics (America), Inc

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  10cv763-BEN-JMA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiff's Motion to Dismiss with prejudice is granted in part and denied in part. The Court dismisses this action without prejudice with each party to bear its own costs and fees.

| August 31, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk

ENTERED ON August 31, 2010

10cv763-BEN-JMA